Jimmie L. Doss, Jr.
#2007004034
901 Court Street
Martinez, CA, 94553.

1).
2).
3). **DECLARATION**
4). of
5). Mr. Jimmie L. Doss, Jr.
6).
7). RE: IN FORMA PAUPERIS;
8). CASE #CV07-6484.MJJ (PR)
9). I, petitioner: Jimmie L. Doss, Jr. allege
10). to have submitted one (1) 42 U.S.C 1983 complaint
11). attached with one true and/or correct fully
12). completed: "IN FORMA PAUPERIS" application and
13). trust account status sheet showing indigency
14). please see the (13) thru (17) page of the filed
15). complaint in which your office stamped and/or
16). mailed a copy back to me (Mr. Doss).
17).
18).    plus I am submitting another set of complete
19). IN FORMA PAUPERIS form's and copies of account
20). summary sheet...
21).    Thank you for your time.
22). I, (Mr. Doss) declare under penalty of perjury
23). that the above mentioned is true and/or correct
24). to the best of my (Mr. Doss) knowledge, and dated
25). Jan 20th, 2008,
26).                        Mr. Jimmie L. Doss, Jr.
27).                        Mr. Jimmie L. Doss, Jr.
28).

FILED
JAN 30 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA