SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY SHERIFF'S DEPT.,
WARREN RUPF, K. PARKER and
DEPUTY CLAWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JIMMIE L. DOSS, | No. C 07 - 06484 JSW (PR) |
|---|---|
| Plaintiff | DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF |
| v. | |
| WARREN RUPF, et al., | |
| Defendants. | L.R. 6-3 |

TO PLAINTIFF JIMMIE L. DOSS, who is acting as his own attorney in this action:

PLEASE TAKE NOTICE that at a date and time to be set by the above court, or if no hearing is ordered, by this notice of motion and motion, defendants Contra Costa County Sheriff's Department, Warren Rupf, K. Parker and Deputy Clawson, jointly and severally, will move the court for an order extending the time in which said defendants may either move for summary judgment or file a notice that no such motion will be filed. Defendants seek an extension to a date 90 days following the present deadline of June 29, 2008. Defendants make this motion on each and all of the following grounds, which demonstrate good cause for an order granting the motion:

1. This court's order of service, filed in this action March 31, 2008, directed defendants to file a motion for summary judgment or other dispositive motion no later than 90 days from

DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF C 07- 06484 JSW (PR)

1

the date of the order. A motion or statement is accordingly due by June 29, 2008. No previous extensions of that time have been sought or granted.

2. The answer to plaintiff's complaint, which was served by mail on May 30, 2008, was returned to defense counsel's office by the U.S. Postal Service as undeliverable as addressed, and unable to forward on June 6, 2008.

3. Counsel has contacted personnel from the Custody Services Bureau at the Martinez Detention Facility (plaintiff's last known address) and is informed that plaintiff was released from custody some time in late-May or early-June.

4. Due to the circumstances listed in paragraphs 2 and 3 above, defendants have not attempted to obtain a stipulation to an extension of time from Mr. Doss.

5. Defendants must take plaintiff's deposition before they will be in a position to evaluate the merits of any potential motion for summary judgment, but defendants do not have a forwarding address for plaintiff, and are unsure how to locate him.

6. Based on the above, defendants move for an order extending time for filing of a summary judgment motion or other dispositive motion, or notice that none will be filed, to a date at least 90 days following this court's ruling on defendants' motion to extend time.

This motion is supported by this Notice of Motion and Motion and Declaration of Bernard Knapp, all the papers and records on file in this action, and any other such oral or documentary matter as may be submitted at or before any hearing or decision without hearing in the matter.

DATED: June 12, 2008

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
BERNARD KNAPP
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY SHERIFF'S
DEPT., WARREN RUPF, K. PARKER and
DEPUTY CLAWSON

DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF C 07- 06484 JSW (PR)

2

## DECLARATION OF COUNSEL

I, Bernard Knapp, declare I am a member of the State Bar of California in active practice, a member of the bar of this court in good standing, Deputy County Counsel for Contra Costa County, and one of the attorneys for the defendants herein. I have personal knowledge of all factual matters recited above in this DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF, and hereby declare under penalty of perjury under the laws of the United States of America and the State of California that as to all such matters, the facts stated are true and correct, and that this declaration is made at Martinez, California, on June 12, 2008.

_____
BERNARD KNAPP

DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF C 07- 06484 JSW (PR)

3

PROOF OF SERVICE

**Re:** ***Jimmie L. Doss v. Warren Rupf, et al.***
**Contra Costa Superior Court No. C 07 - 06484 JSW pr**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. My electronic notification address is pwebb@cc.cccounty.us. On June 12, 2008, at _____ I served the following document(s) by the method indicated below.

1. DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF

☐ By fax transmission on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2.301(3).

☑ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ By electronically transmitting from electronic notification address pwebb@cc.cccounty.us a true copy of the above-referenced document(s) to LexisNexis File & Serve at www.LexisNexis.com for electronic delivery upon counsel for the parties as listed below and as listed on the attached transaction receipt(s). The transmission was reported as complete and without error.

PROOF OF SERVICE

Jimmie L. Doss                                              Plaintiff
200 7004034
901 Court Street
Martinez, CA 94553


      I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on June 12, 2008, at Martinez, California.

_____
PAULA WEBB

PROOF OF SERVICE