UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS,<br><br>          Plaintiff<br><br>v.<br><br>WARREN RUPF, et al.,<br><br>          Defendants. | No.  C 07 - 06484 JSW (PR)<br><br>(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION |

Good cause appearing from Defendants' Notice of Motion and Motion to Change Time for Filing of Dispositive Motion and the declaration submitted in support thereof,

IT IS ORDERED said motion is GRANTED. The time in which defendants shall file a summary judgment motion or notice that none will be filed is extended from June 29, 2008 to _____, 2008.

DATED:_____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION - C 07- 06484 JSW (PR)

1

PROOF OF SERVICE

**Re:    *Jimmie L. Doss v. Warren Rupf, et al.*
        Contra Costa Superior Court No. C 07 - 06484 JSW pr**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. My electronic notification address is pwebb@cc.cccounty.us. On June 12, 2008, at _____ I served the following document(s) by the method indicated below.

1. (PROPOSED) ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION

☐ By fax transmission on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2.301(3).

☑ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ By electronically transmitting from electronic notification address pwebb@cc.cccounty.us a true copy of the above-referenced document(s) to LexisNexis File & Serve at www.LexisNexis.com for electronic delivery upon counsel for the parties as listed below and as listed on the attached transaction receipt(s). The transmission was reported as complete and without error.

PROOF OF SERVICE

Jimmie L. Doss                                              Plaintiff
200 7004034
901 Court Street
Martinez, CA 94553


   I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on June 12, 2008, at Martinez, California.

_____
PAULA WEBB

PROOF OF SERVICE