FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS,<br><br>        Plaintiff<br><br>v.<br><br>WARREN RUPF, et al.,<br><br>        Defendants. | No. C 07 - 06484 JSW (PR)<br><br>~~(PROPOSED)~~ ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION (Docket No. 12) |

    Good cause appearing from Defendants' Notice of Motion and Motion to Change Time for Filing of Dispositive Motion and the declaration submitted in support thereof,

    IT IS ORDERED said motion is GRANTED. The time in which defendants shall file a summary judgment motion or notice that none will be filed is extended from June 29, 2008 to September 29, 2008.

DATED: JUN 2 4 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

~~(PROPOSED)~~ ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME FOR FILING OF DISPOSITIVE MOTION - C 07- 06484 JSW (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS,

        Plaintiff,

v.

WARREN RUPF et al,

        Defendant.

Case Number: CV07-06484 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmie L. Doss - 200 7004034
901 Court Street
Martinez, CA 94553

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk