

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA 941

24 JUN 2008

$ 00.42⁰
JUN 24 2008
MAILED FROM ZIP CODE 94102

02 1A
0004329882

RETURN TO SENDER

☐ Contraband-not accepted
    polaroids, sticker, postage stamps
    lipstick, hand lotion, markings, drawings,
    newspapers, magazines, clippings, unknown
    stains, oversized envelope.

☐ Other _____

☐ Name missing/incomplete

☐ Not in custody

By _____ (Staff initials)

RECEIVED

08 JUL -3 PM 12: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

JSW