Mr. Jimmie L. Doss, Jr.
#K-26294
San Quentin State Prison
San Quentin, CA. 94974
(In Pro-Per)

United States District Court of (Northern District)

1). Mr. Jimmie L. Doss, Jr.
    — Plaintiff(s)
2).
3).   vs.
4). Mr. Warren Rupf, et al.
5). Ms. Kathleen Parker.
6). Mr. Clauson.   — Defendant(s)
7).
8).

CASE# C07-06484 JSW (PR)

"Notice" of: "Change in Address,"
July 20th, 2008

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9). Notice; I Mr. Jimmie L. Doss, Jr. certify, and/or
10). declare a change in address in the above titled case
11). of: Doss vs. Rupf, et al...
12).     Plaintiff declare to have maintained full contact
13). with Defendant(s) counsel by serving "Notice" of change address
14). on July 12th, 2008;
15).
16).
17).           — Declaration —
18).
19).     Under penalty of perjury, I (Mr. Doss) contend
20). that this Notice of Address change is true, and/or correct
21). to the best of my knowledge and mailed to the United
22). States District Court (Northern District of California).
23).          — Thank you. —
24).          — Respectfully Submitted,
25).          Mr. Jimmie L. Doss, Jr.
26).          Mr. Jimmie L. Doss, Jr.