Mr. Jimmie L. Doss Jr.
#K-26294
San Quentin State Prison
San Quentin, CA, 94974
(In pro-per)

United States District
Court of (Northern District)

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1). Mr. Jimmie L. Doss Jr.
   (plaintiff(s).)

2).

3). Vs

4). Mr. Warren Rupf, et al...

5). Ms. Kathleen Parker.

6). Mr. Clawson. (Defendant's)

Case # C07-06484. JSW (PR).

Notice of "Motion" for
"Appointment of Counsel".

Dated: July 20TH, 2008.

9). Notice; I (Mr. Doss) move upon motion for
10). appointment of counsel in the above titled case
11). of: Doss, vs Rupf, et al...
12).   Declaring that I (Mr. Doss) is an indigent
13). State prisoner "unable" to afford legal counsel to
14). help in the future stages of these proceeding(s);

16). #2). Petitioner possessing little knowledge of law
17). needed to complete or adjudicate this case

19). #3). Counsel to be present at disposition hearing's
20). or any talks between defendant's or plaintiff,

22). #4). Petitioner's being housed in San Quentin State
23). prison with out adequate legal material or law
24). book's make it impossible to maintain substandard
25). or fair representation; for I am only afforded
26). (1) one or "No" access to legal through a 2 month period.

Mr. Jimmie L. Doss, Jr.
#K-26017
San Quentin State Prison
San Quentin, CA. 94974.
(In pro-per)

(1), of (3) pages.

FILED

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Proof of Service.
(On Weston (PR)

1).
2).
3).
4).
5). I, (Mr. Doss) declare under penalty
6). of perjury that the following was served by
7). mail on:
8).   United States District            Silvano B. Marchesi
9).   Court (Northern District)         County Counsel
10).  450 Golden Gate Ave               651 Pine Street 9TH Floor
11).  Box 36060                         Martinez, CA. 94553.
12).  San Francisco, Calif. 94102
13).
14).
15). 1). Motion Changing Address
16).
17). 2). Motion For Counsel
18).
19). 3). Declaration(s)./ Proof of Service.
20).
21).
22). Under penalty of perjury that above is true and/or
23). correct mail on July 20TH, 2008 in San Quentin. Calif.
24).
25).           Respectfully Submitted.
26).           Mr. Jimmie L. Doss, Jr.

From: Jimmie L. Dass, Jr.
#K26294
San Quentin State Prison
San Quentin, California 94974.

"Legal mail" see title 15 sec 3141 (a)(b).
per. title 21, 2008
July 24, 2008

United States District Court Northern
District of California.
450 Golden Gate Ave. Box 36060
San Francisco, Calif. 94102.

9410283432 0004